### 3156.  Sadler *v.* The State.

Hill, C. J. 1. An accusation under section 719 of the Penal Code of 1910 set out certain representations, and alleged that these representations were "falsely and fraudulently" made by the accused, and that a designated owner of personal goods, therein described, was thereby cheated and defrauded of a named sum of money. *Held:* The accusation was sufficient, although it was not specially alleged that the representations were made with the intent to defraud. *Hagood* v. *State*, 5 *Ga. App.* 80 (5), (62 S. E. 641).

2. The evidence of fraudulent intent is weak and unsatisfactory, but there were some facts and circumstances which would authorize the inference that a fraudulent intent did exist, and the verdict was approved by the trial court, and no error of law appears.       *Judgment affirmed.*

Decided April 11, 1911.

Accusation of cheating and swindling; from city court of Hartwell—Judge Hodges. December 3, 1910.

*A. G. & Julian McCurry,* for plaintiff in error.

*J. Rod. Skelton, solicitor,* contra.